IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-00229-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: December 29, 2011 |
| Irene D. Brown, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City, Missouri.
=====================================================================
Nature of Proceeding: Supervised Release Revocation Hearing

Time Commenced: 1:30 p.m.                Time Terminated: 4:00 p.m.

Plaintiff by: Christina Y. Tabor, AUSA   Defendant by: Robert G. Kuchar, AFPD
            Sara M. Holzschuh, AUSA

Comments: All parties appear. Attorney conference held. Court in session. Government presents evidence. Katherine Cole testifies from 2:10 p.m. to 2:40 p.m. Government's exhibit 1 offered and admitted into evidence at 2:40 p.m. Defendant presents testimony and calls defendant who testifies from 2:41 p.m. to 3:00 p.m. Government presents rebuttal evidence and calls Shawn Vendalin who testifies from 3:00 p.m. to 3:20 p.m. Break from 3:20 p.m. to 3:30 p.m. Court finds defendant in violation. Motion to revoke (#43) granted. Defendant granted allocution. SENTENCE: See revocation j&c for details. Defendant advised of right to appeal.

Court Reporter: Reggie McBride              Tina Duer, CRD